**Sherley Karpen, appellee, v. Elmer Jones, appellant. Gen. No. 29,233.**

Action for personal injuries sustained in automobile collision. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed April 13, 1925.

John A. Bloomingston, for appellant. Irving G. Zazove, for appellee; Morris K. Levinson, of counsel.

Mr. Justice Johnston delivered the opinion of the court.